**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 3 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| Ronald Graham, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Donald J. Lavoy *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No.   **12 0874**

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



3

Plaintiff purports to be a resident of New York, New York.  He is suing an official of the United States Department of Housing and Urban Development ("HUD") and the agency for $200 million in compensatory damages and $175 million in punitive damages.  Compl. at 5.  The complaint's allegations are mostly incomprehensible, but it appears from the attachments that plaintiff is complaining about the processing of his application for public housing assistance by New York officials.  Plaintiff has stated no facts to support a claim against the named defendants. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: May _____, 2012